AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>angelaam85@yahoo.com | )<br>)<br>) Case No. 4:21-MJ-093<br>)<br>) FILED UNDER SEAL<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____Texas____
*(identify the person or describe the property to be searched and give its location)*:
angelaam85@yahoo.com fully described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____3/8/21____
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Jeffrey L. Cureton_____.
                    *(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __2/22/21 @ 1:30pm__                      _____[signed]_____
                                                                 *Judge's signature*

City and state:  Fort Worth, Texas                             Jeffrey L. Cureton, U.S. Magistrate Judge
                                                                 *Printed name and title*

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return |||
|---|---|---|
| Case No.: <br> 4:21-MJ-_____ | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||

Inventory of the property taken and name of any person(s) seized:

### Certification

    *I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

Date: _____

                                                              *Executing officer's signature*

                                                              *Printed name and title*

# ATTACHMENT A
## DESCRIPTION OF ITEMS TO BE SEARCHED

This warrant applies to information associated with the Yahoo! email and communication account **angelaam85@yahoo.com**, including email, communication, and messenger accounts, that is stored at premises owned, maintained, controlled, or operated by Oath Holdings Inc., a company headquartered at 701 First Avenue, Sunnyvale, California 94089.

Attachment A - Page 1 of 1

## ATTACHMENT B
## DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

In order to ensure that agents search only those computer accounts and/or computer files described herein, this search warrant seeks authorization to permit employees of Yahoo!, Inc. to assist agents in the execution of this warrant. To further ensure that agents executing this warrant search only those accounts and/or computer files described below, the following procedures have been implemented:

1. The warrant will be presented to Yahoo!, Inc. personnel by law enforcement agents. Yahoo!, Inc. personnel will be directed to isolate those accounts and files described below;

2. In order to minimize any disruption of computer service to innocent third parties, the system administrator will create an exact duplicate of the accounts and files associated with **angelaam85@yahoo.com**, including an exact duplicate of all information stored in the computer accounts and/or files described below;

3. Yahoo!, Inc. system administrators will provide the exact duplicate of the accounts and files described below and all information stored in those accounts and /or files to the Special Agent who serves this search warrant;

4. Yahoo!, Inc., will disclose responsive data by sending to the following recipient using the U.S. Postal Service or another courier service, notwithstanding 18 U.S.C. §§ 2252, 2252A or similar statute or code: HSI Special Agent Noel R. Jones, 125 E. John Carpenter Fwy., #750, Irving, Texas 75062.

Attachment B - Page 1 of 5

5. Law enforcement personnel will thereafter review the information stored in the accounts and files received from the system administrator and then identify and copy the information contained in those accounts and files which are authorized to be further copied by this search warrant; and

6. Law enforcement personnel will then seal the original duplicate of the accounts and files received from the system administrator, and will not further review the original duplicate absent an order of the Court.

## I. Information to be disclosed by Oath Holdings Inc.

To the extent that the information described in Attachment A is within the possession, custody, or control of Oath, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Oath, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Oath is required to disclose the following information to the government for each account or identifier with **angelaam85@yahoo.com**:

a. The contents of all emails stored in the account, from the time of account creation to present, including stored or preserved copies of emails sent to and from the account, email attachments, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

  b. The contents of all Instant Messages (IM) associated with the accounts, from the time of account creation to the present, including stored or preserved copies of IMs sent to and from the account, IM attachments, draft IMs, the source and destination addresses associated with each IM, the date and time at which each IM was sent, and the size and length of each IM;

  c. Any deleted emails, including any information described in subparagraph "a" above;

  d. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

  e. All records or other information stored by an individual using the account, including address books, contact and buddy lists, pictures, and files;

  f. All content in the Docs, Calendar, Friend Contacts and Photos areas;

  g. Any and all Yahoo! IDs listed on the subscriber's Friends list;

  h. All records pertaining to communications between Yahoo!, Inc. and any person regarding the account, including contacts with support services and records of actions taken;

**Attachment B - Page 3 of 5**

  i. All records preserved following the preservation request issued on or about February 8, 2021 for **angelaam85@yahoo.com**.

## II. Information to be seized by the Government

1. All information described above in Section I, including correspondence, records, documents, photographs, videos, electronic mail, chat logs, messenger logs, and electronic messages that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §§ 2252A(a)(1), (a)(2)(A), and (a)(5)(B), including, for each account or identifier listed on Attachment A, information pertaining to the following matters, including attempting and conspiring to engage in the following matters:

  a. Any person employing, using, persuading, inducing, enticing, or coercing any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting such visual depiction of such conduct;

  b. Any person knowingly transporting, receiving, distributing, or possessing child pornography, as defined at 18 U.S.C. § 2256(8);

2. Credit card and other financial information including but not limited to bills and payment records;

3. Evidence of the identity of the individual(s) who used, owned, or controlled the account or identifier listed on Attachment A;

**Attachment B - Page 4 of 5**

4. Evidence of the times the account or identifier listed on Attachment A was used; and

5. Passwords and encryption keys, and other access information that may be necessary to access the account or identifier listed on Attachment A and other associated accounts.

Attachment B - Page 5 of 5