IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TX
FILED
FEB 22 2021
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>Oath Holdings Inc account:<br><br>**angelaam85@yahoo.com** | Case No. 4:21-mj-093<br><br>**Filed Under Seal** |

## ORDER

There is now before the Court the Government's Motion for Nondisclosure in this cause. The Court, having considered the same, finds the Motion well taken.

It is therefore ORDERED that Oath Holdings Inc not notify any other person of the existence of this Search and Seizure Warrant nor this or any other associated Court Order for a period of one year from the date of this Order.

Signed on this the __22nd__ day of __February__, 2021.

_____
JEFFREY L. CURETON
United States Magistrate Judge

Order – Page 1