IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In the Matter of the Search of<br><br>Yahoo account:<br>angelaam85@yahoo.com | No.   4:21-MJ-093 |

## MOTION TO UNSEAL

The United States, acting by and through the undersigned United States Attorney for the Northern District of Texas, requests this Court for an Order unsealing the search warrant, application and affidavit, and inventory issued in this cause.   The government has executed the search warrant in this case and any further investigation by the Department of Homeland Security will not require continued sealing of the search warrant.   Therefore, the government requests that the search warrant, application and affidavit and any attachment be unsealed.

                                                 Respectfully submitted,

                                                 PRERAK SHAH
                                                 ACTING UNITED STATES ATTORNEY

                                                 */s/ Brandie Wade*
                                                 BRANDIE WADE
                                                 Assistant United States Attorney
                                                 Texas State Bar No. 24058350
                                                 801 Cherry Street, Suite 1700
                                                 Fort Worth, Texas   76102-6882
                                                 Telephone: 817-252-5200
                                                 Facsimile: 817-252-5455

**Motion to Unseal – Page 1 of 1**