IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In the Matter of the Search of

Yahoo account:                                        No.   4:21-MJ-093
angelaam85@yahoo.com

## **ORDER**

BEFORE this Court for consideration is Government's Motion to Unseal regarding

the unsealing of the search warrant, application and affidavit and any attachments in this

case.

IT IS HEREBY ORDERED that the search warrant, application and affidavit and

any attachments in this cause be UNSEALED.


Signed on this the ___13th___ day of May, 2021.


_____
JEFFREY L. CURETON
United States Magistrate Judge

Order – Page 1 of 1